# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

**Hartford Accident and Indemnity Company** )

)

**Plaintiff** )

)

v. )    **Case No. 4:26-cv-01086-JSD**

)

**Fisher Controls International, LLC** )

)

)

**Defendant** )

### NOTICE REGARDING MAGISTRATE JUDGE JURISDICTION

Each party to the above-captioned civil matter is to select **one** of the following two options indicating whether the party **will consent** or **will not consent** to having the assigned Magistrate Judge conduct any and all proceedings in this case, including trial and entry of final judgment in accordance with the provisions of Title 28 U.S.C. Section 636(c)(1).

### CHECK ONE:

☑  Thepartyorpartieslistedbelow  **consent**tothejurisdictionoftheMagistrateJudge.(Note:Selectingthisoption doesnotaffectyourabilitytochallengethiscourt'ssubjectmatterorpersonaljurisdiction).

☐  Thepartyorpartieslistedbelow  **do not consent**tothejurisdictionoftheMagistrateJudge.(Note:Ifyouselect thisoption,yourcasewillberandomlyreassignedtoaDistrictJudge).

NameofPartyorParties:

**Monsanto Company**

SubmittedBy:  **Dominic Anthony Ferrante**       Dated:  **August 10, 2026**

**Note:   Corporations may execute this election only by counsel.**

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Notice was served on all parties of record in this cause on:
**August 10, 2026**

Signature:        /S/ **Dominic Anthony Ferrante**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

**Hartford Accident and Indemnity Company**)
)
)
**Plaintiff** )
)
v. )  **Case No. 4:26-cv-01086-JSD**
)
**Fisher Controls International, LLC** )
)
)
**Defendant** )

## NOTICE REGARDING MAGISTRATE JUDGE JURISDICTION

Each party to the above-captioned civil matter is to select **one** of the following two options indicating whether the party **will consent** or **will not consent** to having the assigned Magistrate Judge conduct any and all proceedings in this case, including trial and entry of final judgment in accordance with the provisions of Title 28 U.S.C. Section 636(c)(1).

## CHECK ONE:

☑ Thepartyorpartieslistedbelow **consent**tothejurisdictionoftheMagistrateJudge.(Note:Selectingthisoption doesnotaffectyourabilitytochallengethiscourt'ssubjectmatterorpersonaljurisdiction).

☐ Thepartyorpartieslistedbelow **do not consent**tothejurisdictionoftheMagistrateJudge.(Note:Ifyouselect thisoption,yourcasewillberandomlyreassignedtoaDistrictJudge).

NameofPartyorParties:

**Hartford Accident & Indemnity Co.;**
**First State Ins. Co. ; New England Ins. Co.**
**Twin City Fire Ins Co**

SubmittedBy:  **William James Foland**          Dated:  **July 31, 2026**

**Note:   Corporations may execute this election only by counsel.**

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Notice was served on all parties of record in this cause on:
**July 31, 2026**

Signature:        /S/  **William James Foland**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

**Hartford Accident and Indemnity Company** )
                                                 )

        **Plaintiff** )

                                                 )

    v.                                   )    **Case No. 4:26-cv-01086-JSD**

**Fisher Controls International, LLC** )

                                                 )

        **Defendant** )

### NOTICE REGARDING MAGISTRATE JUDGE JURISDICTION

Each party to the above-captioned civil matter is to select **one** of the following two options indicating whether the party **will consent** or **will not consent** to having the assigned Magistrate Judge conduct any and all proceedings in this case, including trial and entry of final judgment in accordance with the provisions of Title 28 U.S.C. Section 636(c)(1).

## CHECK ONE:

☑     The party or parties listed below **consent** to the jurisdiction of the Magistrate Judge. (Note: Selecting this option does not affect your ability to challenge this court's subject matter or personal jurisdiction).

☐     The party or parties listed below **do not consent** to the jurisdiction of the Magistrate Judge. (Note: If you select this option, your case will be randomly reassigned to a District Judge).

Name of Party or Parties:

**Fisher Controls International, LLC**
**Emerson Electric Co.**

Submitted By:   **John D. Comerford**           Dated:  **August 10, 2026**

**Note:  Corporations may execute this election only by counsel.**

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Notice was served on all parties of record in this cause on:
**August 10, 2026**

Signature:      /S/ **John D. Comerford**