**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| HARTFORD ACCIDENT AND INDEMNITY COMPANY, FIRST STATE INSURANCE COMPANY, NEW ENGLAND INSURANCE COMPANY, and TWIN CITY FIRE INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>FISHER CONTROLS INTERNATIONAL LLC, EMERSON ELECTRIC COMPANY, and MONSANTO COMPANY<br><br>Defendants. | ) | Case No. 4:26-CV-01086-JSD |

---

**FISHER'S REQUEST FOR ORAL ARGUMENT**

---

Fisher respectfully requests oral argument on Hartford's Motion to Dismiss Fisher's Counterclaim (ECF No. 66). Fisher filed its Counterclaim on August 5, 2026 (ECF No. 30), and filed a First Amended Answer and Counterclaim on August 25, 2026 (ECF No. 45). Hartford filed its Motion to Dismiss on September 11, 2026 (ECF No. 66), and Fisher filed its Memorandum in Opposition on September 25, 2026 (ECF No. 73). Hartford filed its sealed Reply Memorandum in Support of its Motion to Dismiss on October 5, 2026 (ECF No. 80-1) and thus the Motion to Dismiss is fully briefed. In light of the issues raised by the parties' sealed and redacted filings and the contractual questions concerning Amendment No. 1 and the 2025 Agreement, Fisher respectfully suggests that oral argument will assist the Court's resolution of the motion.

Dated: October 7, 2026

Respectfully submitted,

**DOWD BENNETT LLP**

By: */s/ James F. Bennett*
James F. Bennett
John D. Comerford
7676 Forsyth Blvd, Suite 1900
St. Louis, MO 63105
Phone: (314) 889-7300
Fax: (314) 863-2111
jbennett@dowdbennett.com
jcomerford@dowdbennett.com

-and-

Payton Roberts (*Pro Hac Vice*)
2100 Ross Ave., Suite 980
Dallas, TX 75201
Phone: (469) 518-7971
Fax: (314) 863-2111
proberts@dowdbennett.com

***Attorneys for Defendants Fisher Controls International LLC and Emerson Electric Co.***

## CERTIFICATE OF SERVICE

I certify that on October 7, 2026, I filed a copy of the foregoing with the Court's electronic filing system, which will service notice and copies of the same to all counsel of record.

*/s/ James F. Bennett*

***Attorney for Defendants Fisher Controls International LLC and Emerson Electric Co.***